UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN RE WORLD TRADE CENTER
DISASTER SITE LITIGATION

---

JOSEPH GAROFALO,

        Plaintiff,

-against-

THE CITY OF NEW YORK, AMEC
CONSTRUCTION MANAGEMENT, INC.,
BECHTEL ENVIRONMENTAL, INC.,
BOVIS LEND LEASE LMB, INC.,
TULLY CONSTRUCTION CO., INC. and
TURNER CONSTRUCTION COMPANY,

        Defendants.

---

21 MC 100 (AKH)

DOCKET NO. 07- CV- 5703
**Judge Hellerstein**

**AFFIDAVIT OF SERVICE**

I, Aaron Solomon, being duly sworn, deposes and says: I am not a party to the within action, am over the age of eighteen (18) years old, and reside in Wyckoff, New Jersey.

On July 20, 2007, I served the within copy of the Summons & Complaint by personally serving a true copy of the same in the manner prescribed by the law of the State of New York for the service of summons upon the City of New York, to Madelyn Santana, at the New York City Law Department located at:

New York City Law Department
100 Church Street
New York, New York 10007

_____
Aaron Solomon

Sworn to before me on this
27th day of July, 2007

_____
NOTARY PUBLIC

VAUGHNETTE MUSCHETT
NOTARY PUBLIC, State of New York
No. 01MU6048298
Qualified in Kings County
Commission Expires Sept. 25, 2010

1