UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- :     21 MC 100 (AKH)
IN RE WORLD TRADE CENTER                         :
DISASTER SITE LITIGATION                              :
-------------------------------------------------------- :     DOCKET NO. 07- CV- 5703
                                                                     :     Judge Hellerstein
JOSEPH GAROFALO,                                      :
                                                                     :
                                                                     :
                              Plaintiff,                         :
                                                                     :     Affidavit of Service
        -against-                                                :
                                                                     :
THE CITY OF NEW YORK, AMEC            :
CONSTRUCTION MANAGEMENT, INC.,   :
BECHTEL ENVIRONMENTAL, INC.,         :
BOVIS LEND LEASE LMB, INC.,               :
TULLY CONSTRUCTION CO., INC. and    :
TURNER CONSTRUCTION COMPANY,    :
                                                                     :
                              Defendants.                    :
-------------------------------------------------------- :

   I, Samuel Frommer, being duly sworn, deposes and says: I am not a party to the within action, am over the age of eighteen (18) years old, and reside in New York, New York.

   On July 24, 2007, I served the within copy of the Summons & Complaint on Turner Construction Company, therein named, a corporation by personally serving a true copy of the same to Paul Martinez. Deponent knew said corporation so served to be the corporation described in the summons as said Defendant and knew said individual to be AUTHORIZED to accept thereof.

                                                                                                Samuel Frommer

Sworn to before me on this
___ day of July, 2007

_____
NOTARY PUBLIC

                              BEATRIZ DOLORES ARANA
                              Notary Public, State of New York
                              No. 01AR6132940
                              Qualified in Queens County
                              Commission Expires August 29, 20__